UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
04 11243 WGY
2004 JUN -7 P 12: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEPHANIE SIMMONS,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) CIVIL ACTION NO. |
| CAROLINA SKIFF INC.,<br>Defendant. | )<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell and Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Boat Partners, Inc., formerly known as Carolina Skiff, Inc.

BOAT PARTNERS, Inc.
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

*/s/ Kathleen M. Guilfoyle*
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: June 7, 2004

### CERTIFICATE OF SERVICE

I certify that on June 7, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

David S. Smith, Esq.
Cianciulli & Ouellette, PC
163 Cabot Street
Beverly, MA 01915

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle