UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

FILED
IN CLERKS OFFICE

04 11243 WGY

2004 JUN -7 P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEPHANIE SIMMONS,
   Plaintiff,

vs.                          CIVIL ACTION NO.

CAROLINA SKIFF, INC.
   Defendant.

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Boat Partners, Inc., formerly known as Carolina Skiff, Inc., states that it has no parent corporation and no publicly held company that owns 10% or more of its stock.

BOAT PARTNERS, INC.
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

*/s/ Kathleen M. Guilfoyle*
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: June 7, 2004

### CERTIFICATE OF SERVICE

I certify that on June 7, 2004, a true copy of the above document was sent by first-class mail, postage prepaid to the following counsel of record:

David S. Smith
Cianciulli & Ouellette, PC
163 Cabot Street
Beverly, MA 01915

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle