*Suffolk Superior Civil # 04-2133*



U.S. DIST #
04-11243 WGY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| STEPHANIE SIMMONS,<br>Plaintiff,<br><br>vs.<br><br>CAROLINA SKIFF, INC.<br>Defendant. | CIVIL ACTION NO. |

SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE
FILED
JUN 1 1 2004
MICHAEL JOSEPH DONOVAN
CLERK OF COURT

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:  Chief Judge and Judges of the
     United States District Court
     For the District of Massachusetts

The defendant, Boat Partners, Inc., formerly known as Carolina Skiff, Inc. ("Boat Partners"), hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above-captioned action. As grounds for its Notice of Removal, Boat Partners states as follows:

1.  This action was commenced in the Suffolk Superior Court and is now pending before that court.

2.  As appears from the docket, files, and records of the Suffolk Superior Court, a civil action was commenced on or about May 17, 2004. Undersigned counsel received notice of the complaint on or about May 26, 2004 and agreed to accept service on behalf of Boat Partners on June 7, 2004. The original summons and complaint were not served on Boat Partners. A copy of said complaint is attached hereto as Exhibit A.

3. This civil action arises out of personal injuries allegedly sustained by the plaintiff, Stephanie Simmons ("the plaintiff"), on or about September 2, 2001. Specifically, the plaintiff alleges while she was seated on a Carolina Skiff bench seat upon a Carolina Skiff boat in waters off the coast of Massachusetts, the boat seat cracked and she sustained herniated discs as a result due to alleged problems with the bench seat on the Carolina Skiff. As a result of her alleged injuries, the plaintiff was required to undergo surgery for herniated discs in her back. While the plaintiff's medical expenses, to date, approximate $36,000, the plaintiff alleges unspecified anticipated lost wages and other damages, including ongoing pain and suffering.

4. The plaintiff states in her complaint that she is a resident of New Bedford, Massachusetts.

5. Boat Partners is a Georgia Corporation with a principal place of business in Florida.

6. Jurisdiction of the Federal Court is founded on the complete diversity of citizenship between the plaintiff and the defendant. Given the plaintiff's allegations, Boat Partners believes that the amount in controversy exceeds $75,000 exclusive of interests and costs.

7. This Notice of Removal is filed within thirty (30) days of receipt of the complaint in this action by Boat Partners.

WHEREFORE, Boat Partners requests that this action be removed from the Suffolk Superior Court to the United States District Court for the District of Massachusetts.

, HEREBY ATTEST AND CERTIFY ON

JUNE 15, 2004, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. *[signature]*

ASSISTANT CLERK.

BOAT PARTNERS, INC.
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

*[signature]*
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: June 7, 2004

### CERTIFICATE OF SERVICE

I certify that on June 7, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

David S. Smith, Esquire
Cianciulli & Ouellette, PC
163 Cabot Street
Beverly, MA 01915

*[signature]*
Kathleen M. Guilfoyle

3