UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHANIE SIMMONS,<br>    Plaintiff,<br><br>vs.<br><br>BOAT PARTNERS, INC.<br>    Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  04-CV-11243-WGY<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Julie B. Goldman of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Boat Partners, Inc.

                          BOAT PARTNERS, INC.
                          By its attorneys,
                          CAMPBELL CAMPBELL EDWARDS & CONROY,
                          PROFESSIONAL CORPORATION,

                            /s/ Julie B. Goldman
                          James M. Campbell (BBO# 541882)
                          Kathleen M. Guilfoyle (BBO# 546512)
                          Julie B. Goldman (BBO# 648489)
                          One Constitution Plaza
                          Boston, MA 02129
                          (617) 241-3000
                          jmcampbell@campbell-trial-lawyers.com
                          kguilfoyle@campbell-trial-lawyers.com
                          jgoldman@campbell-trial-lawyers.com

DATED: August 10, 2004