UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE SIMMONS,<br>Plaintiff,<br><br>vs.<br><br>BOAT PARTNERS, INC.<br>Defendant. | CIVIL ACTION NO.<br>04-CV-11243-WGY |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Defendant Boat Partners, Inc. ("Boat Partners") hereby certifies that its authorized representative has conferred with counsel for Boat Partners:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOAT PARTNERS, INC.,
By its Attorneys,

Campbell Campbell Edwards & Conroy
Professional Corporation

/s/ Julie B. Goldman
―――――――――――――――
James M. Campbell, BBO# 541882
Kathleen M. Guilfoyle, BBO# 546512
Julie B. Goldman, BBO# 648489
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

BOAT PARTNERS, INC.
By: John C. Landon, Chairman

Dated: September 7, 2004