UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE SIMMONS, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>BOAT PARTNERS, INC., )<br>      Defendant. ) | CIVIL ACTION NO.:<br>04-CV-11243-WGY |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

I, David S. Smith, attorney for the Plaintiff herein, hereby certify on behalf of the Plaintiff and myself the parties have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                                          Respectfully submitted,
                                                          STEPHANIE SIMMONS
                                                          By her attorney,

                                                          /s/ David S. Smith
                                                          _____
                                                          David S. Smith, Esq.
                                                          Cianciulli & Ouellette
                                                          163 Cabot Street
                                                          Beverly, MA 01915
                                                          (978) 922-9933

Dated: September 7, 2004

16.1certification.doc