UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHANIE SIMMONS,<br>  Plaintiff,<br><br>vs.<br><br>BOAT PARTNERS, INC.<br>  Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  04-CV-11243-WGY<br>)<br>)<br>) |

## JOINT MOTION FOR STIPULATED CONFIDENTIALITY ORDER

  The parties in the above-captioned matter, by and through their counsel, hereby jointly move this Court for a Confidentiality Order.  As grounds for their motion, the parties state that (i) certain documents and information of the parties may be subject to discovery in this action and may contain trade secrets, proprietary data and/or other confidential information, and (ii) such documents and information must be kept confidential in order to protect the legitimate business interests and privacy rights of the parties.  (A form of Order is attached as Exhibit A).

WHEREFORE, the parties jointly request that this Court grant their motion.

| | |
|---|---|
| The Plaintiff, <br> STEPHANIE SIMMONS**,** | The Defendant, <br> BOAT PARTNERS, INC. |
| By her Attorney, <br> Cianciulli and Ouellette | By its attorneys, <br> CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION, |
| ____/s/ David S. Smith_____ <br> Stephen M. Ouellette (BBO # 543752) <br> David S. Smith (BBO # 634865) <br> Cianciulli and Ouellette <br> 163 Cabot Street <br> Beverly, MA  01915 <br> (978)922-9933 <br> maritimeattorney@aol.com | _____/s/ Julie B. Goldman_____ <br> James M. Campbell (BBO# 541882) <br> Kathleen M. Guilfoyle (BBO# 546512) <br> Julie B. Goldman (BBO# 648489) <br> One Constitution Plaza <br> Boston, MA 02129 <br> (617) 241-3000 <br> jmcampbell@campbell-trial-lawyers.com <br> kguilfoyle@campbell-trial-lawyers.com <br> jgoldman@campbell-trial-lawyers.com |

Dated: April 26, 2005