## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSCHUSETTS

_____
                                          )
**STEPHANIE SIMMONS,**         )
    Plaintiff,                      )
                                          )
vs.                                     )   CIVIL ACTION NO.  04-CV-11243-WGY
                                          )
**BOAT PARTNERS, INC.**        )
    Defendant.                   )
_____)


## NOTICE OF WITHDRAWAL

    Kindly enter my Withdrawal on behalf of the defendant, Boat Partners, Inc. in connection with the above-captioned matter.  Campbell Campbell Edwards & Conroy, P.C. continues to represent this party.

                                Respectfully submitted,

                                /s/ Julie B. Goldman
                               Julie B. Goldman, BBO # 648489
                               One Constitution Plaza, 3rd Floor
                               Boston, MA 02129
                               (617) 241-3000
                               jgoldman@cambell-trial-lawyers.com

Dated:  May 11, 2005