**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

    SIMMONS    
             Plaintiff(s)

V.

    BOAT PARTNERS, INC.    
             Defendant(s)

CIVIL ACTION

NO.  04-11243-WGY 

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

    After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR-JULY, 2005_____ for the following ADR program:

```
_____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
___X___ MEDIATION                _____ MINI-TRIAL
_____ SUMMARY JURY TRIAL       _____ SETTLEMENT CONFERENCE
_____ SPECIAL MASTER
_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
```

    Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

     6/8/05                              /s/ William G. Young, C.J.            
      DATE                              UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(ADR Referral.wpd - 4/12/2000)                                                                                                                    [orefadr.]