# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**STEPHANIE SIMMONS,**
    **Plaintiff,**

    **v.**        CIVIL ACTION NO. 04-11243-WGY

**BOAT PARTNERS, INC.,**
    **Defendant**.

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

    Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **10:45 A.M. on Monday, July 18, 2005**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 23, 7th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                                ROBERT B. COLLINGS
                                United States Magistrate Judge

                   By:  *Kathleen M. Dolan*
                                Deputy Clerk
                                617-748-9229

Date: June 27, 2005.

Notice sent to:
David S. Smith, Esquire
James M. Campbell, Esquire
Kathleen M. Guilfoyle, Esquire