# United States District Court
# District of Massachusetts

STEPHANIE SIMMONS,
        Plaintiff,

v.                              CIVIL ACTION NO. 2004-11243-WGY

BOAT PARTNERS, INC., ETC.,
        Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On July 18, 2005, I held the following ADR proceeding:

_____ EARLY NEUTRAL EVALUATION     __X__ MEDIATION
_____ MINI-TRIAL     _____ SUMMARY JURY TRIAL
_____ SETTLEMENT CONFERENCE

[X]    The case was SETTLED. The closing papers will be filed in forty-five (45) days; your Clerk should enter an order to that effect

July 18, 2005                          *Robert B. Collings*
DATE                                    ROBERT B. COLLINGS
                                               United States Magistrate Judge

Copy to:    Chief Judge Young
                Rebecca Tyler, Esquire
                Counsel for all parties.