# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-11243-WGY

STEPHANIE SIMMONS
Plaintiff

v.

BOAT PARTNERS, INC., ETC.
Defendant

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

  The Court having been advised on July 18, 2005,  that the above-entitled action has been settled:

  IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within Forty-Five (45) days if settlement is not consummated.

By the Court,

 /s/ Marie Bell
Deputy Clerk

July 19, 2005

To: All Counsel