UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| **STEPHANIE SIMMONS,**<br>    Plaintiff,<br><br>vs.<br><br>**BOAT PARTNERS, INC.**<br>    Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 04-CV-11243-WGY<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Mass. R. Civ. P. 41(a)(1)(ii), the parties, through their respective attorneys, hereby stipulate that all claims of the parties in this action, be dismissed with prejudice, without costs, and with all rights of appeal being waived.

| | |
|---|---|
| The Plaintiff,<br>STEPHANIE SIMMONS, | The Defendant,<br>BOAT PARTNERS, INC. |
| By her attorneys,<br>CIANCIULLI AND OUELLETTE, | By its attorneys,<br>CAMPBELL CAMPBELL EDWARDS &<br>CONROY, PC, |
| /s/ David S. Smith<br>Stephen M. Ouellette (BBO # 543752)<br>David S. Smith (BBO # 634865)<br>Cianciulli and Ouellette<br>163 Cabot Street<br>Beverly, MA  01915<br>(978) 922-9933 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO# 541882)<br>Kathleen M. Guilfoyle (BBO# 546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

Dated:

* per August 26, 2005 authorization of David S. Smith, Esq.

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, certify that on August 26, 2005 a true copy of the above Stipulation of Dismissal With Prejudice was sent by first-class mail, postage prepaid, to the following counsel of record:

David S. Smith, Esq.
Cianciulli & Ouellette, PC
163 Cabot Street
Beverly, MA  01915

                                          /s/ Kathleen M. Guilfoyle
                                          Kathleen M. Guilfoyle